CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Rd., St. 300
San Diego, CA 92131
(858) 375-7385
phylg@potterhandy.com
Attorneys for Plaintiff

Martin H. Orlick SBN. 083908
mho@jmbm.com
Stuart K. Tubis SBN. 278278
skt@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Defendant
JPMorgan Chase Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, a New York Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 3:18-CV-07584-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: July 17, 2019      CENTER FOR DISABILITY ACCESS

                          By:   /s/ Amanda Lockhart Seabock
                              Amanda Lockhart Seabock
                              Attorneys for Plaintiff

Dated: July 17, 2019      JEFFER MANGELS BUTLER & MITCHELL LLP


                          By:   /s/ Martin H. Orlick
                              Martin H. Orlick
                              Stuart K. Tubis
                              Attorneys for Defendant
                              JPMorgan Chase Bank

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stuart K. Tubis, counsel for JPMorgan Chase Bank, and that I have obtained authorization to affix his electronic signature to this document.

Dated: July 17, 2019                    CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

DATED: July 18, 2019

